IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

---

Courtroom Deputy: Deborah Hansen
Court Reporter: Gwen Daniel

Date: October 14, 2015
Probation: Thomas Meyer
Time: forty-eight minutes

---

Criminal Action No. 14-cr-00509-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRIAN JAMES HUTTON,

Defendant.

*Counsel:*

Zachary Phillips

Timothy O'Hara

---

**COURTROOM MINUTES**

---

HEARING - Violation of Supervised Release

02:02 p.m. Court in Session

Defendant present and in custody.

Oath administered to the defendant.

Defendant sworn and answers true name.

Defendant understands and ADMITS to Violation Nos. 1 and 2 of supervised release.

Defendant advised of the possible penalties and consequences.

Defendant's constitutional rights explained.

Defendant is advised of his right to a hearing.

Sentencing Statement by Mr. Phillips

Sentencing Statement by Mr. O'Hara

The Court addresses the Defendant's Motion For Variant Sentence [22].

Discussion/Argument

Defendant's Allocution

Court's findings entered on the record.

**ORDERED: The defendant's Motion For Variant Sentence [22] is GRANTED.**

The Court accepts defendant's admissions.

The Court FINDS that the defendant violated the conditions of supervised release.

Based on the finding that the defendant has violated the conditions of supervised release as alleged in the probation officer's Petition, it is

**ORDERED: That Supervised Release is REVOKED.**

**ORDERED: The defendant shall be committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served.**

**The defendant's custodial sentence has been satisfied as of the date of sentencing.**

**The Bureau of Prisons is directed to release the defendant as soon as practicable, but in no event later than one week from today, October 21, 2015.**

**No additional period of supervised release is imposed.**

Defendant advised of his right to appeal the sentence imposed and in very limited circumstances, his conviction by admission on the violations charged in the supervised release petition.

**ORDERED: The Petition [6] is GRANTED IN FULL.**

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

02:50 p.m. Court in Recess
Hearing concluded