IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-00509-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN JAMES HUTTON,

    Defendant.

---

## ORDER

---

    PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

    ORDERED that Defendant Brian James Hutton is sentenced to TIME SERVED.

    Dated at Denver, Colorado, this 14th day of October, 2015.

BY THE COURT:

_____
Judge William J. Martínez
United States District Judge